**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| PATRICIA JO DRESCHER-PORTER, | ) Case No: 23-10599-JCM |
| | ) |
| Debtor(s). | ) Chapter 13 |
| | ) |
| PATRICIA JO DRESCHER-PORTER, | ) Related to Doc. No. 9 |
| | ) |
| Movant(s), | ) |
| | ) |
| v. | ) |
| | ) |
| NO RESPONDENT. | ) |

### ORDER ON MOTION FOR EXTENSION OF TIME TO FILE CHAPTER 13 PETITION, PLAN, DECLARATION AND RELATED DOCUMENTS

**And Now,** the 24th day of November, 2023, after careful consideration of the Debtors' Motion to Extend Time, **It Is Hereby Ordered,** that the Debtor shall file an completed Chapter 13 Petition, Plan, Declaration and related documents no later than December 8, 2023.

_____
John C. Melaragno, Judge
U.S. Bankruptcy Court

SIGNED
11/24/23 10:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case Administrator to serve Debtor, Counsel for Debtor

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10599-JCM |
| Patricia Jo Drescher-Porter | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 1 |
| Date Rcvd: Nov 24, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2023:**

**Recip ID          Recipient Name and Address**
db              + Patricia Jo Drescher-Porter, 110 Carmona Road, Grove City, PA 16127-3704

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2023              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2023 at the address(es) listed below:

**Name**                          **Email Address**

Brian Nicholas
                                  on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com

Dai Rosenblum
                                  on behalf of Debtor Patricia Jo Drescher-Porter dai@dairosenblumbankruptcy.com
                                  Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com;jody@dairosenblumbankruptcy.com

Gary W. Darr
                                  on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com

Office of the United States Trustee
                                  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                                  cmecf@chapter13trusteewdpa.com

TOTAL: 5