**Commissioners**
Leslie Osche, **Chairman**
Kim Geyer, **Vice Chairman**
Kevin Boozel, **Secretary**

# BUTLER COUNTY



## VETERANS SERVICES

*Director, VSO*
Shawnee Young

*Assistant Director VSO*
Melissa Kuhns

124 W. Diamond Street ~P.O. Box 1208 ~ Butler, Pa 16003-1208
724.284.5352   724.284.5353   FAX: 724.284.1006   TDD 724.284.5473
email: ~ syoung@co.butler.pa.us ~ manderso@co.butler.pa.us

8/11/2023

To Whom it May Concern:

Veteran Patricia J. Drescher-Porter is in receipt of VA Compensation for service connected disability. Her monthly compensation rate is $3,750.57.

Regards,
Melissa Kuhns
Butler County Veteran Affairs

*Social Security Award letter — Attach 1099*

## Your New Benefit Amount

BENEFICIARY'S NAME: PATRICIA J DRESCHER POR

Your Social Security benefit will increase by **8.7%** in 2023 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records.

| | |
|---|---|
| **How Much You Will Get** | $1,888.90 |
| Your monthly benefit before deductions | |
| **Deductions:** | |
| Medicare Medical Insurance (If you did not have Medicare as of November 17, 2022 or if someone else pays your premium, we show $0.00) | -$164.90 |
| Medicare Prescription Drug Plan (We will notify you if the amount changes in 2023. If you did not elect withholding as of November 1, 2022, we show $0.00) | -$0.00 |
| U.S. Federal tax withholding | -$0.00 |
| Voluntary Federal tax withholding (If you did not elect voluntary tax withholding as of November 17, 2022, we show $0.00) | -$0.00 |
| After we take any other deductions, you will receive the payment you are due for December 2022 on or about January 18, 2023. | $1,724.00 |

The information above shows your monthly benefit amount before and after deductions. Please remember, we will pay you in the month following the month for which it is due.

If you still get a paper check, you must visit the Department of the Treasury's website at *www.godirect.gov* to request electronic payments.

If you disagree with any of these amounts, you must file an appeal with us in writing within 60 days from the date you get this letter. We will assume you got this letter 5 days after the date of the letter, unless you show us that you did not get it within the 5-day period. You must have good reason for waiting more than 60 days to file an appeal. You can go to *www.ssa.gov/non-medical/appeal* to complete and submit the "Request for Reconsideration" form, SSA-561-U2 online. You may also contact us by phone to request the form or go to our website at *www.ssa.gov/forms* to locate the form. If you need help with the form, please call us.

## Need more help?

**COMMONWEALTH OF PENNSYLVANIA**
**PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM**

Mailing Address
PO Box 125
Harrisburg PA 17108-0125

Toll-Free - 1-888-773-7748
(1-888-PSERS4U)
Local - 717-787-8540
Web Address: www.psers.state.pa.us

Building Location
5 North 5th Street
Harrisburg PA

May 16, 2005

*DIRECT DEPOSIT   COMM OF PA   $1571.36*
*ANNUITANT   PA TR DPT CO*

P J DRESCHER-PORTER
203 WEEKS RD
SLIPPERY ROCK  PA 16057-5235

S.S. # ■■■■4647

Dear Ms. Drescher-Porter:

The medical examiners of the Public School Employees' Retirement System (PSERS) have approved a long-term disability benefit for you. You will not have to reapply for your disability benefit on an "annual" basis. However, you may be required to provide updated medical information if requested by the PSERS medical examiners at some future date.

You may be employed while receiving a disability benefit from PSERS. However, your ability to be employed in any capacity, in or outside Pennsylvania, may raise questions about your medical eligibility. All earnings are subject to limitations. Under no circumstances may you be employed in a public school in Pennsylvania. This is considered a return to service and your retirement benefit will cease.

At the end of each year, you will receive an "Annual Earnings of a Disability Annuitant" form. You are required by law to report the amount of your earned income (wages received) each calendar year until you reach age 62. After you report your 2018 annual earnings, you will no longer be requried to submit an "Annual Earnings of a Disability Annuitant" form.

If you have any questions, please contact the Member Service Center by calling toll-free 1-888-773-7748 (1-888-PSERS4U); Harrisburg local callers, please use 787-8540. If you prefer, you may reach PSERS by FAX at 717-772-3860. For your convenience, the Member Service Center is staffed each business day from 7:30 a.m. to 5:00 p.m.

Disability Section