# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) |
| PATRICIA JO DRESCHER-PORTER, | ) |
| | ) Case No: 23-10599-JCM |
| Debtors. | ) |
| | ) Chapter 13 |
| PATRICIA JO DRESCHER-PORTER, | ) |
| | ) Related to Document No.: 18 |
| Movants, | ) |
| | ) |
| v. | ) |
| | ) |
| NO RESPONDENT. | ) |

## ORDER OF COURT

Upon motion of the Debtor's Counsel, on behalf of the Debtor, with good cause shown, it is ORDERED that the 341(a) Meeting of Creditors currently scheduled for January 29, 2024 at 3:00 p.m. is continued, to be rescheduled by the clerk.

Dated: January 19, 2024

_____
John C. Melaragno, Judge
United States Bankruptcy Court

SIGNED
1/19/24 11:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10599-JCM |
| Patricia Jo Drescher-Porter | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Jan 19, 2024 | Form ID: pdf900 | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia Jo Drescher-Porter, 110 Carmona Road, Grove City, PA 16127-3704 |
| 15655830 | + | BMO, 320 South Canal St, Chicago, IL 60606-5707 |
| 15676522 | + | BMO Bank N.A., P.O. Box 6150, Carol Stream, IL 60197-6150 |
| 15655831 | + | BMO, Successor to Bank of the West, 320 South Canal St, Chicago, IL 60606-5707 |
| 15655828 | | Bank of the West/CPS Monetary, P.O. Box 2078, Omaha, NE 68103-2078 |
| 15661768 | + | Dividend Finance, LLC, c/o Weinstein & Riley, PS, 1415 Western Avenue, Suite 700, Seattle, WA 98101-2051 |
| 15672170 | + | First Commonwealth Bank, McGrath McCall, P.C., Four Gateway Center, Suite 1340, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| 15655835 | + | Fluent Solar/Divident Solar Finance, One California Street, Suite 1500, San Francisco, CA 94111-5416 |
| 15655837 | + | Jeffrey Bon, 123 Center Street, Harrisville, PA 16038-1503 |
| 15655841 | + | Tractor Supply Company, P.O. Box 790394, Saint Louis, MO 63179-0394 |
| 15655844 | + | Wells Fargo, 3201 N. 4th Avenue, Sioux Falls, SD 57104-0700 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 20 2024 00:36:26 | BMO Bank N.A., c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: SAABankruptcy@fcbanking.com | Jan 20 2024 00:18:00 | First Commonwealth Bank, P. O. Box 400, 654 Philadelphia Street, Indiana, PA 15701-3930 |
| 15655829 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 20 2024 00:36:32 | Best Buy Credit Services, P.O. Box 790441, Saint Louis, MO 63179-0441 |
| 15675245 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 20 2024 00:36:40 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15655832 | | Email/Text: mrdiscen@discover.com | Jan 20 2024 00:18:00 | Discover Card, P.O. Box 30943, Salt Lake City, UT 84130 |
| 15676251 | | Email/Text: mrdiscen@discover.com | Jan 20 2024 00:18:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 15655833 | + | Email/Text: bankruptcy@dividendfinance.com | Jan 20 2024 00:18:00 | Dividend Solar Finance, One California Street, Suite 1500, San Francisco, CA 94111-5416 |
| 15655834 | | Email/Text: SAABankruptcy@fcbanking.com | Jan 20 2024 00:18:00 | First Commonwealth, P.O. Box 400, Indiana, PA 15701 |
| 15655836 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 20 2024 00:25:16 | Home Depot Credit Services, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 15672514 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 20 2024 00:36:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15655838 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 20 2024 00:26:00 | Lowe's/Synchrony Bank, P.O. Box 71726, Philadelphia, PA 19176-1726 |
| 15675723 | | Email/Text: camanagement@mtb.com | Jan 20 2024 00:18:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |

Case 23-10599-JCM   Doc 25   Filed 01/21/24   Entered 01/22/24 00:24:37   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 19, 2024 | Form ID: pdf900 | Total Noticed: 28 |

| 15655839 | | Email/Text: camanagement@mtb.com | Jan 20 2024 00:18:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 15674406 | + | Email/Text: blegal@phfa.org | Jan 20 2024 00:19:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 15655840 | | Email/Text: blegal@phfa.org | Jan 20 2024 00:19:00 | Pennsylvania Housing Finance Agency, P.O. Box 15057, Harrisburg, PA 17105-5057 |
| 15667097 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 20 2024 00:19:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 15655842 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 20 2024 00:19:00 | US Bank/Card Member Service, P.O. Box 6335, Fargo, ND 58125-6335 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| cr | *+ | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 15655843 | * | US Bank/Card Member Service, P.O. Box 6335, Fargo, ND 58125-6335 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2024           Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Dai Rosenblum | on behalf of Debtor Patricia Jo Drescher-Porter dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com;jody@dairosenblumbankruptcy.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-1 User: auto Page 3 of 3
Date Rcvd: Jan 19, 2024 Form ID: pdf900 Total Noticed: 28
TOTAL: 6