IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 23-10599-JCM |
| Patricia Jo Drescher-Porter | : | |
| | : | Chapter 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |

# NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST RESCHEDULING CHAPTER 13 MEETING OF CREDITORS

*NOTICE IS HEREBY GIVEN THAT* the meeting of creditors has been rescheduled to *2/26/2024 at 2:00 PM*.

The meeting will be held remotely by the Trustee via Zoom, how to participate: go to www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

This notice supercedes the date and time previously set for the meeting of creditors and confirmation hearing.

Michael R. Rhodes, Clerk
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Dated: January 19, 2024        By:        /s/ Olivia Brown
                                                    Deputy Clerk

B-205-C

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10599-JCM |
| Patricia Jo Drescher-Porter | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Jan 19, 2024 | Form ID: pdf900 | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia Jo Drescher-Porter, 110 Carmona Road, Grove City, PA 16127-3704 |
| 15655830 | + | BMO, 320 South Canal St, Chicago, IL 60606-5707 |
| 15676522 | + | BMO Bank N.A., P.O. Box 6150, Carol Stream, IL 60197-6150 |
| 15655831 | + | BMO, Successor to Bank of the West, 320 South Canal St, Chicago, IL 60606-5707 |
| 15655828 |   | Bank of the West/CPS Monetary, P.O. Box 2078, Omaha, NE 68103-2078 |
| 15661768 | + | Dividend Finance, LLC, c/o Weinstein & Riley, PS, 1415 Western Avenue, Suite 700, Seattle, WA 98101-2051 |
| 15672170 | + | First Commonwealth Bank, McGrath McCall, P.C., Four Gateway Center, Suite 1340, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| 15655835 | + | Fluent Solar/Divident Solar Finance, One California Street, Suite 1500, San Francisco, CA 94111-5416 |
| 15655837 | + | Jeffrey Bon, 123 Center Street, Harrisville, PA 16038-1503 |
| 15655841 | + | Tractor Supply Company, P.O. Box 790394, Saint Louis, MO 63179-0394 |
| 15655844 | + | Wells Fargo, 3201 N. 4th Avenue, Sioux Falls, SD 57104-0700 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 20 2024 00:25:14 | BMO Bank N.A., c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: SAABankruptcy@fcbanking.com | Jan 20 2024 00:18:00 | First Commonwealth Bank, P. O. Box 400, 654 Philadelphia Street, Indiana, PA 15701-3930 |
| 15655829 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 20 2024 00:36:37 | Best Buy Credit Services, P.O. Box 790441, Saint Louis, MO 63179-0441 |
| 15675245 |   | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 20 2024 00:25:36 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15655832 |   | Email/Text: mrdiscen@discover.com | Jan 20 2024 00:18:00 | Discover Card, P.O. Box 30943, Salt Lake City, UT 84130 |
| 15676251 |   | Email/Text: mrdiscen@discover.com | Jan 20 2024 00:18:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 15655833 | + | Email/Text: bankruptcy@dividendfinance.com | Jan 20 2024 00:18:00 | Dividend Solar Finance, One California Street, Suite 1500, San Francisco, CA 94111-5416 |
| 15655834 |   | Email/Text: SAABankruptcy@fcbanking.com | Jan 20 2024 00:18:00 | First Commonwealth, P.O. Box 400, Indiana, PA 15701 |
| 15655836 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 20 2024 00:36:26 | Home Depot Credit Services, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 15672514 |   | Email/PDF: resurgentbknotifications@resurgent.com | Jan 20 2024 00:25:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15655838 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 20 2024 00:25:12 | Lowe's/Synchrony Bank, P.O. Box 71726, Philadelphia, PA 19176-1726 |
| 15675723 |   | Email/Text: camanagement@mtb.com | Jan 20 2024 00:18:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |

Case 23-10599-JCM    Doc 26    Filed 01/21/24    Entered 01/22/24 00:24:37    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 19, 2024 | Form ID: pdf900 | Total Noticed: 28 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15655839 | | Email/Text: camanagement@mtb.com | Jan 20 2024 00:18:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 15674406 | + | Email/Text: blegal@phfa.org | Jan 20 2024 00:19:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 15655840 | | Email/Text: blegal@phfa.org | Jan 20 2024 00:19:00 | Pennsylvania Housing Finance Agency, P.O. Box 15057, Harrisburg, PA 17105-5057 |
| 15667097 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 20 2024 00:19:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 15655842 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 20 2024 00:19:00 | US Bank/Card Member Service, P.O. Box 6335, Fargo, ND 58125-6335 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| cr | *+ | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 15655843 | * | US Bank/Card Member Service, P.O. Box 6335, Fargo, ND 58125-6335 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 21, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2024 at the address(es) listed below:

**Name**        **Email Address**

Brian Nicholas
   on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com

Dai Rosenblum
   on behalf of Debtor Patricia Jo Drescher-Porter dai@dairosenblumbankruptcy.com
   Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com;jody@dairosenblumbankruptcy.com

Gary W. Darr
   on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com

Leon P. Haller
   on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com
   khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

District/off: 0315-1 User: auto Page 3 of 3
Date Rcvd: Jan 19, 2024 Form ID: pdf900 Total Noticed: 28
TOTAL: 6